IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERIFACTORS FINANCIAL GROUP LLC                    PLAINTIFF

v.                       No. 4:12-cv-202-DPM

WINDSTREAM SUPPLY LLC                               DEFENDANT/
                                                    THIRD-PARTY PLAINTIFF

v.

HAL-TEC CONSTRUCTION INC.          THIRD-PARTY DEFENDANT

## JUDGMENT

Amerifactor's complaint is dismissed with prejudice. Windstream's third-party complaint against Hal-Tec is dismissed without prejudice as moot.

_____
D.P. Marshall Jr.
United States District Judge

20 August 2014