## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

AMERIFACTORS FINANCIAL GROUP, LLC        PLAINTIFF

v.        No. 4:12-cv-202-DPM

WINDSTREAM SUPPLY, LLC        DEFENDANT/
THIRD PARTY PLAINTIFF

v.

HAL-TEC CONSTRUCTION, INC.        THIRD PARTY DEFENDANT

### ORDER

For the reasons stated on the record at the 5 May 2015 hearing, as supplemented, the Court makes the following rulings on the pending issues.

1. Amerifactors is entitled to summary judgment on its breach-of-contract claim in the amount of $61,182.89. No genuine issue of material fact exists in the record compiled before the Court vacated it's earlier Judgment, № 114. Daenen's new affidavit simply comes too late and doesn't square with his earlier deposition testimony and the other undisputed facts of record. Amerifactors is entitled to pre-judgment interest at 6% since 31 July 2009. ARK. CODE ANN. § 4-57-101(d). Amerifactors must file an interest calculation, including a per diem, by 12 May 2015. Amerifactors is not entitled to recover

any attorney's fees from Windstream.

   **2.** Windstream's motion for a default judgment against Hal-Tec, № 119, is granted as modified. Hal-Tec's default admits the pleaded facts. Those facts establish Windstream's right to recover against Hal-Tec on the contract. Windstream is therefore entitled to judgment against Hal-Tec in the amount of Americfactors's full recovery. The Court rejects Windstream's argument that Hal-Tec's default in this case is chargeable to Amerifactors, or somehow entitles Windstream to judgment against Amerifactors, which would result in a dogfall with no recovery for anyone. Windstream must file a short brief by 12 May 2015 explaining specifically why the contract entitles Windstream to attorney's fees from Hal-Tec, or why they should be awarded under ARK. CODE ANN. § 16-22-308, in the circumstances presented.

   So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____7 May 2015_____