IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 20 2015
JAMES W. McCORMACK, CLERK
By _____ DEP CLERK

AMERIFACTORS FINANCIAL GROUP, LLC                          PLAINTIFF

v.                          No. 4:12-cv-202-DPM

WINDSTREAM SUPPLY, LLC                                     DEFENDANT/
                                                           THIRD PARTY PLAINTIFF

v.

HAL-TEC CONSTRUCTION, INC.          THIRD PARTY DEFENDANT

## JUDGMENT

1. Amerifactors Financial Group, LLC, shall have judgment against Windstream Supply, LLC for $83,107.59. This total includes:

| | |
|---|---|
| Damages | $61,182.89 |
| Pre-Judgment Interest (6% interest since 31 July 2009) | +$21,924.70 |
| Total | $83,107.59 |

Post-Judgment interest will accrue at 0.26% per annum from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b).

2. Windstream Supply, LLC, shall have judgment against Hal-Tec Construction, Inc. for $179,400.00. This total includes:

| | |
|---|---|
| Damages (Amerifactors's full recovery against Windstream) | $83,107.59 |
| Attorney's Fees | $93,680.00 |
| Costs | + $2,612.41 |
| Total | $179,400.00 |

Post-Judgment interest for Windstream against Hal-Tec will accrue at 0.26% per annum from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 July 2015

-2-